UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br>　　　　　Plaintiff,<br>　　v.<br>DRUG RELATED SEIZURE OF PROPERTY,<br>　　　　　Defendant. | Case No. 17-cv-05487-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed in forma pauperis ("IFP"), or (2) pay the filing fee of $400.00. The IFP application is incomplete because, although plaintiff has filed a jail account statement, he failed to file a Certificate of Funds completed and signed by an authorized jail officer. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any motion to reopen **must** contain the documents listed above or full payment for the filing fee. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 11/2/2017

　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge